■ CINDY E. CULVERWELL, Appellant, v ANTHONY J. VILLELLA, as Sheriff of Niagara County, Respondent. — Order unanimously reversed, with costs, and complaint reinstated. Memorandum: Plaintiff's action for declaratory judgment should not have been dismissed on defendant's oral cross motion without notice to plaintiff. Additionally, "[s]ince plaintiff sought a declaratory judgment, the complaint should not have been dismissed without declaring the rights of the parties (*Lanza v Wagner,* 11 NY2d 317, 334)" (*Mazzo v County of Monroe,* 58 AD2d 1017). (Appeal from order of Supreme Court, Erie County, Mintz, J. — dismiss complaint.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.